# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UBELINO SALINAS-IBARRA,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE ELLIS,<br><br>Defendant. | Case No. 17-cv-01137-BLF<br><br>**JUDGMENT** |

A jury trial having been commenced on June 1, 2018, and the jury having rendered its verdict on June 6, 2018,

**IT IS ORDERED AND ADJUDGED** that, consistent with the jury's verdict attached hereto, judgment is entered in favor of Defendant Jamie Ellis and against Plaintiff Ubelino Salinas-Ibarra.

Defendant Jamie Ellis shall recover costs from Plaintiff Ubelino Salinas-Ibarra.

Dated: June 7, 2018

_____
BETH LABSON FREEMAN
United States District Judge